# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 27, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711


Re: James Garfield Broadnax
v. Texas
No. 14-9964
(Your No. WR-81,573-01)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 21, 2015 and placed on the docket May 27, 2015 as No. 14-9964.


Sincerely,

Scott S. Harris, Clerk

by

Jacob C. Travers
Case Analyst


RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 02 2015

Abel Acosta, Clerk